# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2026
Lyle W. Cayce
Clerk

No. 24-20388

Occidental Fire & Casualty Company of North Carolina,

        *Plaintiff—Appellee*,

*versus*

Christoffer Cox; Owen Cox; Denise Cox,

        *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-2744

_____

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Wiener, Douglas, and Ramirez, *Circuit Judges*.

Per Curiam:

    The petition for panel rehearing is DENIED.  Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.